| STATE OF MICHIGAN JUDICIAL DISTRICT 16th JUDICIAL CIRCUIT | SUMMONS AND COMPLAINT | CASE NO. 14-1929-NF |
|---|---|---|

**Court Address:** Macomb County Court Bldg., 40 N. Main St., Mt. Clemens, MI 48043-5656

**Court telephone no:** (586) 469-5208

**Plaintiff name(s), address(es) and telephone no(s):**
AMANDA WESTPHAL

**Defendant name(s), address(es), and telephone no(s):**
ALLSTATE INSURANCE COMPANY
Resident Agent: The Corporation Company
30600 Telegraph Road, #2345
Bingham Farms, Michigan 48025

**Plaintiff attorney, bar no, address, and telephone no:**
LAW OFFICES OF LEE B. STEINBERG, P.C.
FRANCI B. SILVER (P41166)
30500 Northwestern Highway, Suite 400
Farmington Hills, MI 48334
(248) 352-7777

*JOHN C. FOSTER*

### SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan, you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

**Issued:** MAY 12 2014  **This summons expires:** AUG 11 2014  **Court clerk:** [signature]

*This summons is invalid unless served on or before its expiration date.*

### COMPLAINT

**Instruction:** The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
___ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties
___ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ___ remains ___ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
___ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
_X_ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in Macomb County Circuit Court.
The action ___ remains _X_ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| 11-2639-NF | John C. Foster | P28189 |

### VENUE

**Plaintiff(s) residence (include city, township, or village):**
Chesterfield County of Macomb, State of Michigan

**Place where action arose or business conducted:**
City of Clinton Twp., County of Macomb, State of Michigan

**Defendant(s) residence (include city, township, or village):**
County of Macomb, State of Michigan

**DATE:** May 6, 2014

**FRANCI B. SILVER (P41166)**
Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/04) SUMMONS AND COMPLAINT  MCR 2.102 (B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)
Original - Court  1st Copy - Defendant  2nd Copy - Plaintiff  3rd Copy - Return

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

AMANDA WESTPHAL,

    Plaintiff,

vs.

Case No.: 14-1929-NF
Hon. JOHN C. FOSTER

ALLSTATE INSURANCE COMPANY
a foreign corp.,
    Defendant.

RECEIVED
MAY 1 2 2014
CARMELLA SABAUGH
MACOMB COUNTY CLERK

LAW OFFICES OF LEE B. STEINBERG, P.C.
By: FRANCI B. SILVER (P41166)
Attorneys for Plaintiff
30500 Northwestern Hwy., Suite 400
Farmington Hills, MI 48334
(248) 352-7777

There was a prior action commenced in this Court arising from the same incident/similar incident. The case number was: Case No. 11-2639-NF and was assigned to Hon. John C. Foster That matter is no longer pending.

## COMPLAINT AND DEMAND FOR JURY

NOW COMES Plaintiff, AMANDA WESTPHAL, by and through her attorneys, the Law Offices of LEE B. STEINBERG, P.C., by FRANCI B. SILVER, and for her Complaint against the Defendant, ALLSTATE INSURANCE COMPANY, respectfully represents unto this Honorable Court as follows:

1. That Plaintiff, AMANDA WESTPHAL, was at all times relevant hereto, a resident of the City of Chesterfield, County of Macomb, State of Michigan.

2. That Defendant, ALLSTATE INSURANCE COMPANY, a foreign corporation, is authorized to do business in the State of Michigan and is doing business in the County of Macomb, State of Michigan.

3. That the within complained of events occurred to the Plaintiff in the City of Clinton Township, County of Macomb, State of Michigan.

4. That the amount in controversy exceeds TWENTY FIVE THOUSAND ($25,000.00), exclusive of costs, interest and attorney fees, and is otherwise within the

jurisdiction of this Court for the reason that declaratory relief is sought.

5. That on or about September 22, 2009, Plaintiff, AMANDA WESTPHAL, lived with a resident relative who was insured under the provisions of an automobile insurance policy which was issued by Defendant, and which was then in full force and effect under the provisions of the Michigan Automobile Insurance Act, MCL 500.3101, et seq., and for which all applicable premiums were paid.

6. This cause of action is based upon a written instrument, the contract of no-fault insurance entered into with the Defendant and which is in Defendant's possession.

7. Under the terms and conditions of the automobile insurance policy, Defendant became obligated to pay to or on behalf of Plaintiff certain expenses or losses in the event Plaintiff sustained bodily injuries in an accident arising out of the ownership, operation, maintenance or use of a motor vehicle.

8. On or about September 22, 2009, Plaintiff, AMANDA WESTPHAL, was involved in an automobile/pedestrian accident within the terms of Defendant's policy.

9. As a result of this automobile accident, Plaintiff suffered severe injuries and subsequently incurred medical expenses and other expenses which Defendant is obligated to pay under the terms of its policy.

10. That following said accident, Plaintiff, AMANDA WESTPHAL, gave Defendant, ALLSTATE INSURANCE COMPANY, due notice in writing of said accident, and submitted an Application for No-Fault Benefits, and a claim number of 0149879511 was assigned to this matter.

11. That Plaintiff, AMANDA WESTPHAL, kept, conformed and complied with all of the terms, requirements and conditions under said policy of insurance.

12. That Defendant, ALLSTATE INSURANCE COMPANY, stopped paying certain benefits to Plaintiff and has made it difficult for Plaintiff to properly receive treatment.

13. Plaintiff has repeatedly requested payment of these expenses from the Defendant, and has supplied the Defendant with reasonable proof of the fact and amount of the claimed expenses.

14. That Defendant has neglected and/or refused to pay all of the allowable expenses to which Plaintiff is entitled in accordance with the no-fault insurance contract and MCLA 500.3101 et seq.

15. That Defendant, ALLSTATE INSURANCE COMPANY, is guilty of breach of contract and failing to perform pursuant to the policy of insurance issued to the Plaintiff.

16. That Plaintiff is further entitled to interest at the rate of 12% per annum for any and all personal protection insurance benefits which are overdue, and Plaintiff's attorneys are entitled to a reasonable attorney's fee for advising and representing Plaintiff in an action for personal injury insurance benefits which are overdue.

17. That among the items due and owing to the Plaintiff are the following, included by way of example, and not by way of limitation:

   a. Reasonably necessary medical expenses;
   b. Household replacement services;
   c. Medically necessary travel expenses;
   d. Lost wages; and
   e. Other allowable expenses to be determined;
   f. Attendant care expenses.

18. That the actions of the Defendant in wrongfully withholding benefits due is a breach of the parties' contract.

WHEREFORE, Plaintiff demands the following relief:

   A. That this Court enter an Order of Declaratory relief as to Defendant's liability for No-Fault benefits payable to or on behalf of Plaintiff;

   B. That this Court grant judgment against the Defendant in whatever amount of compensatory damages to which the Plaintiff is found to

3

be entitled, together with costs, interest, and attorney fees;

C.    That this Court order a speedy hearing of this action and advance it on the calendar pursuant to MCR 2.605(D).

LAW OFFICES OF LEE B. STEINBERG, P.C.

By: _____
Franci B. Silver (P41166)
Attorneys for Plaintiff
30500 Northwestern Hwy., Suite 400
Farmington Hills, MI 48334
(248) 352-7777

Dated: May 6, 2014

4

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

AMANDA WESTPHAL,

    Plaintiff,

vs.

                                    Case No.:14- 1929 - NF
                                    Hon. JOHN C. FOSTER

ALLSTATE INSURANCE COMPANY
a foreign corp.,

    Defendant.

                                                             /

LAW OFFICES OF LEE B. STEINBERG, P.C.
By: FRANCI B. SILVER (P41166)
Attorneys for Plaintiff
30500 Northwestern Hwy., Suite 400
Farmington Hills, MI 48334
(248) 352-7777

RECEIVED

MAY 1 2 2014

CARMELLA SABAUGH
MACOMB COUNTY CLERK

                                                             /

## DEMAND FOR JURY

NOW COMES Plaintiff, AMANDA WESTPHAL, by and through her attorneys, the Law Offices of LEE B. STEINBERG, P.C., by FRANCI B. SILVER, and respectfully demands a trial by jury in the above matter.

                                    LAW OFFICES OF LEE B. STEINBERG, P.C.

                                    By: _____
                                        Franci B. Silver (P41166)
                                        Attorneys for Plaintiff
                                        30500 Northwestern Hwy., Suite 400
                                        Farmington Hills, MI 48334
                                        (248) 352-7777

Dated: May 6, 2014